1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700
   Fax:  (916) 554-2900
5  PETER K. THOMPSON
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                   UNITED STATES DISTRICT COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11
   JAMES SMITH,                    )   Case No. 2:03-CV-02103-DAD
12                                 )
       Plaintiff,                  )   STIPULATION AND ORDER
13                                 )
   v.                              )
14                                 )
   JO ANNE B. BARNHART,            )
15 Commissioner of                 )
   Social Security,                )
16                                 )
       Defendant.                  )
17 _____)

18      Remand proceedings pursuant to sentence six of 42 U.S.C.
19 § 405(g) having been completed and a Certified Administrative
20 Transcript ("Transcript") produced, the parties to the above-
21 captioned action, by and through their undersigned attorneys,
22 hereby stipulate that pages 444, 506-510, and 520, of the
23 Transcript are confidential records pertaining to individuals
24 other than the Plaintiff, James Smith.
25      The parties further stipulate that said pages shall be
26 removed from the Transcript, and from all copies of the
27 Transcript, and destroyed by Plaintiff's attorney, the Assistant
28 /////

                                1

1 United States Attorney, and the Assistant Regional Counsel, prior
2 to the lodging of the Transcript in this action.
3     The parties further stipulate that said pages, mistakenly
4 included in the Transcript, will not be disclosed to anyone.
5     The parties further stipulate that the inadvertent inclusion
6 of said pages in the Transcript will not be a basis for a claimed
7 error.

8 DATED:  August 22, 2006         /s/ Richard A. Shore (as
                                     authorized on August 22, 2006)
9                                  RICHARD A. SHORE
                                   Attorney at Law
10
                                   Attorney for Plaintiff
11

12 DATED:  August 22, 2006         McGREGOR W. SCOTT
                                   United States Attorney
13                                 BOBBIE J. MONTOYA
                                   Assistant U. S. Attorney
14
                              By:  /s/ Bobbie J. Montoya for
15                                 PETER K. THOMPSON
                                   Special Assistant U. S. Attorney
16
                                   Attorneys for Defendant
17 OF COUNSEL:
   LUCILLE GONZALES MEIS
18 CHIEF COUNSEL, REGION IX
   U.S. SOCIAL SECURITY ADMINISTRATION
19

20                                 ORDER

21 APPROVED AND SO ORDERED.

22 DATED: August 22, 2006.

23
                         _____
24                       DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE
25

26  Ddad1/orders.socsec/smith2103.stipord

27

28