IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,  
      Plaintiff,  
  v.  
JO ANNE B. BARNHART,  
Commissioner of Social Security,  
      Defendant.  
_____/

No.   CIV.S-03-2103 DAD

<u>ORDER TO SHOW CAUSE</u>

On October 6, 2003, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  On January 26, 2004, the case was remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  On August 23, 2006, defendant filed and served an answer after remand along with the administrative record.  The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing

1

within ten days of the filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: October 30, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/smith2103.osc

2