IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.
_____/

No. CIV.S-03-2103 DAD

<u>ORDER</u>

        On October 6, 2003, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. On January 26, 2004, the case was remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). On August 23, 2006, defendant filed and served an answer after remand along with the administrative record. The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.

/////

1

1  On October 31, 2006, plaintiff was ordered to show cause in writing within ten days why this case should not be dismissed for lack of prosecution and was cautioned that failure to do so would result in dismissal of the action.  After the time period had expired without a response from plaintiff, a member of the court's staff placed a courtesy call to plaintiff's counsel on November 27, 2006. On November 28, 2006, an assistant from the office of plaintiff's counsel returned the court's phone call indicating on behalf of plaintiff that they have no objection to the case being dismissed.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: November 29, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/smith2103.dism

2